**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF WISCONSIN**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Cassondra** <br> First Name <br><br> **C** <br> Middle Name <br><br> **House** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Larry D House** <br> First Name <br><br> **(Non-Filing Spouse)** <br> Middle Name <br><br> _____ <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name | _____ <br> First Name <br><br> _____ <br> Middle Name <br><br> _____ <br> Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx** – **xx** – __3__ __4__ __5__ __8__ <br><br> OR <br><br> **9xx** – **xx** – ____ ____ ____ ____ | **xxx** – **xx** – ____ ____ ____ ____ <br><br> OR <br><br> **9xx** – **xx** – ____ ____ ____ ____ |

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 1 of 74

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ☑ I have not used any business names or EINs. | ☐ I have not used any business names or EINs. |

**Include trade names and doing business as names**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| Business name | Business name |
| Business name | Business name |
| Business name | Business name |
| _ _ _ – _ _ _ _ _ _ _ _ _ | _ _ _ – _ _ _ _ _ _ _ _ _ |
| EIN | EIN |
| _ _ _ – _ _ _ _ _ _ _ _ _ | _ _ _ – _ _ _ _ _ _ _ _ _ |
| EIN | EIN |

**5.  Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| **8318 N. 95th Street** | |
| Number   Street | Number   Street |
| | |
| **Milwaukee**    **WI**    **53224** | |
| City    State    ZIP Code | City    State    ZIP Code |
| **Milwaukee** | |
| County | County |

| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. |
|---|---|
| Number   Street | Number   Street |
| P.O. Box | P.O. Box |
| City    State    ZIP Code | City    State    ZIP Code |

**6.  Why you are choosing this district to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

---

**8.**    How you will pay the fee

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.**    Have you filed for bankruptcy within the last 8 years?

☐ No

☑ Yes.

District **Eastern District of Wisconsin**    When **02/07/2012**    Case number **12-21257-svk**
                                                     MM / DD / YYYY

District **Eastern District of Wisconsin**    When **07/19/2013**    Case number **13-29804-beh**
                                                     MM / DD / YYYY

District _____    When _____    Case number _____
                                                     MM / DD / YYYY

**10.**    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

☑ No

☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known _____
                                                     MM / DD / YYYY

Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known _____
                                                     MM / DD / YYYY

**11.**    Do you rent your residence?

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                        State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                        Number     Street

_____

_____  _____  _____
City                        State     ZIP Code

| Debtor 1 | **Cassondra C House** | | |
|---|---|---|---|
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | Case number (if known) _____ |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|----------------------------------------------|

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17.  Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.  How many creditors do you estimate that you owe?**

☐ 1-49

☑ 50-99

☐ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5,001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,001-100,000

☐ More than 100,000

**19.  How much do you estimate your assets to be worth?**

☐ $0-$50,000

☐ $50,001-$100,000

☑ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

**20.  How much do you estimate your liabilities to be?**

☐ $0-$50,000

☐ $50,001-$100,000

☑ $100,001-$500,000

☐ $500,001-$1 million

☐ $1,000,001-$10 million

☐ $10,000,001-$50 million

☐ $50,000,001-$100 million

☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion

☐ $1,000,000,001-$10 billion

☐ $10,000,000,001-$50 billion

☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Cassondra C House**_____          **X** _____

Cassondra C House, Debtor 1                          Signature of Debtor 2

Executed on **09/20/2019**_____                   Executed on _____
          MM / DD / YYYY                                        MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Gregory T. Ryan**_____    Date **09/20/2019**_____
Signature of Attorney for Debtor                     MM / DD / YYYY

**Gregory T. Ryan**_____
Printed name

**The Law Offices of Gregory T. Ryan, LLC**_____
Firm Name

**631 N. Mayfair Road**_____
Number          Street

_____

_____

**Wauwatosa**_____    **WI**    **53226**_____
City                                       State    ZIP Code

Contact phone  **(414) 815-9000**_____    Email address _____

**1066888**_____    **WI**_____
Bar number                                  State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cassondra** | **C** | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 103A

## Application for Individuals to Pay the Filing Fee in Installments

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

---

**Part 1:**   Specify Your Proposed Payment Timetable

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**

   ☐ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☑ Chapter 13

2. **You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   **You propose to pay...**

   | Amount | | Date |
   |---|---|---|
   | | ☐ With the filing of the petition | |
   | **$310.00** | ☑ On or before this date......... | **10/23/2019** |
   | | | MM / DD / YYYY |
   | | On or before this date............... | |
   | | | MM / DD / YYYY |
   | | On or before this date............... | |
   | | | MM / DD / YYYY |
   | + | On or before this date............... | |
   | | | MM / DD / YYYY |

   **Total**    | **$310.00** | <-- Your total must equal the entire fee for the chapter you checked in line 1.

---

**Part 2:**   Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

---

| X **/s/ Cassondra C House** | X | X **/s/ Gregory T. Ryan** |
|---|---|---|
| Cassondra C House, Debtor 1 | Signature of Debtor 2 | Gregory T. Ryan, Bar No. 1066888 |
| | | Your attorney's name and signature, if you used one |

Date: **09/20/2019**     Date: _____     Date: **09/20/2019**
     MM / DD / YYYY            MM / DD / YYYY           MM / DD / YYYY

**Fill in this information to identify the case:**

| Debtor 1 | **Cassondra** | **C** | **House** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

Chapter filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court orders that:

☒ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| _____ | _____ |
| | Month / day / year |
| _____ | _____ |
| | Month / day / year |
| _____ | _____ |
| | Month / day / year |
| + _____ | _____ |
| | Month / day / year |

**Total** ┌─────────────────┐
         │                 │
         └─────────────────┘

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____     **By the court:** _____
Month / day / year                                    United States Bankruptcy Judge

Fill in this information to identify your case and this filing:

Debtor 1          **Cassandra**          **C**          **House**
                  First Name            Middle Name    Last Name

Debtor 2          **Larry D House (Non-Filing Spouse)**
(Spouse, if filing) First Name          Middle Name    Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106A/B

## Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.1.                                    **What is the property?**          Do not deduct secured claims or exemptions. Put the
                                        Check all that apply.             amount of any secured claims on *Schedule D:*
**8318 N. 95th Street, Milwaukee, WI**                                    *Creditors Who Have Claims Secured by Property.*
**53224**                               ☐ Single-family home
**Debtor's wife is on the deed and the** ☐ Duplex or multi-unit building   **Current value of the    Current value of the**
**mortgage. Debtor is not.**             ☐ Condominium or cooperative      **entire property?        portion you own?**
                                        ☐ Manufactured or mobile home
                                        ☐ Land                                 **$155,000.00        $155,000.00**
                                        ☐ Investment property
**Milwaukee**                            ☐ Timeshare                       **Describe the nature of your ownership**
County                                  ☐ Other                           **interest (such as fee simple, tenancy by the**
                                                                          **entireties, or a life estate), if known.**

                                        **Who has an interest in the property?**  **Fee Simple**
                                        Check one.

                                        ☐ Debtor 1 only
                                        ☐ Debtor 2 only                   ☑ **Check if this is community property**
                                        ☐ Debtor 1 and Debtor 2 only         (see instructions)
                                        ☑ At least one of the debtors and another

                                        **Other information you wish to add about this item, such as local**
                                        **property identification number:**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any**
    **entries for pages you have attached for Part 1. Write that number here.................................➤**   **$155,000.00**

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Lincoln** | Check one. | | |
| Model: | **MKZ** | ☐ Debtor 1 only | | |
| Year: | **2017** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **78,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$19,340.00** | **$19,340.00** |

Other information:
**2017 Lincoln MKZ (approx. 78,000 miles)**

☑ Check if this is community property (see instructions)

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Dodge** | Check one. | | |
| Model: | **Charger** | ☐ Debtor 1 only | | |
| Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **24,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$12,350.00** | **$12,350.00** |

Other information:
**2016 Dodge Charger (approx. 24,000 miles)**

☑ Check if this is community property (see instructions)

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Cadillac** | Check one. | | |
| Model: | **Escalade** | ☐ Debtor 1 only | | |
| Year: | **2007** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **120,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$12,000.00** | **$12,000.00** |

Other information:
**2007 Cadillac Escalade (approx. 120,000 miles)**

☑ Check if this is community property (see instructions)

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here.......................................................** ➔ | **$43,690.00** |

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe..... | **Bedroom Furniture, living room furniture, dining room furniture, kitchenware, appliances, decor** | $2,000.00 |

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe.....    **Tvs, dvd player, 2 phones**      $1,500.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe.....    **Clothing**      $1,000.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No

☐ Yes. Describe.....

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information.............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................➔    $4,500.00

---

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 13 of 74

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes.................................................................................................. Cash: ........................... _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes......................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Chase Checking account** | $100.00 |
| 17.2. | Checking account: | **Checking account** | $850.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes........................... Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes.  Give specific information about them.......................... Name of entity:                   % of ownership:

| | % of ownership: | |
|---|---|---|
| **Powerhouse Insurance - business has no assets or liabilities** | **100%** | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes.  Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes.  List each account separately.    Type of account:      Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes........................... Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes........................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

Federal: _____
State: _____
Local: _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
company of each policy
and list its value................    Company name:                    Beneficiary:                    Surrender or refund value:

                                        life insurance policy - no cash value    _____    **$0.00**

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

_____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

_____

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

_____

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

_____

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here................................................................................➔    $950.00**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

_____

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☑ No
   ☐ Yes. Describe..    _____    _____

41. **Inventory**

   ☑ No
   ☐ Yes. Describe..    _____    _____

42. **Interests in partnerships or joint ventures**

   ☑ No
   ☐ Yes. Describe.....  Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

   ☑ No
   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes. Describe....   _____    _____

44. **Any business-related property you did not already list**

   ☑ No
   ☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................➔  ☐ _____ $0.00

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.
   ☐ Yes. Go to line 47.

                                                                  **Current value of the portion you own?**
                                                                  Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No
   ☐ Yes....    _____    _____

48. **Crops--either growing or harvested**

   ☑ No
   ☐ Yes. Give specific information................    _____    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No
   ☐ Yes....    _____    _____

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 17 of 74

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes.... _____    _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes.  Give specific _____    _____
information...............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here....................................................................................➔    **$0.00**

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes.  Give specific information.

54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................➔    **$0.00**

**Part 8:   List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**..........................................................................................➔    $155,000.00

56. **Part 2: Total vehicles, line 5**                              $43,690.00

57. **Part 3: Total personal and household items, line 15**       $4,500.00

58. **Part 4: Total financial assets, line 36**                   $950.00

59. **Part 5: Total business-related property, line 45**          $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00

61. **Part 7: Total other property not listed, line 54**       +  $0.00

62. **Total personal property.**   Add lines 56 through 61.................   $49,140.00   Copy personal   ➔  +  $49,140.00
property total

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................   $204,140.00

Case 19-29162-bhl   Doc 1   Filed 09/23/19   Page 18 of 74

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Cassondra** First Name | **C** Middle Name | **House** Last Name |
| Debtor 2 (Spouse, if filing) | **Larry D House (Non-Filing Spouse)** First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

**1.** **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

**2.** **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Bedroom Furniture, living room furniture, dining room furniture, kitchenware, appliances, decor** Line from *Schedule A/B*: **6** | **$2,000.00** | ☑ **$2,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Tvs, dvd player, 2 phones** Line from *Schedule A/B*: **7** | **$1,500.00** | ☑ **$1,500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

**3.** **Are you claiming a homestead exemption of more than $170,350?**

(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No
☐ Yes

Debtor 1    **Cassondra C House**

Debtor 2    **Larry D House (Non-Filing Spouse)**

Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Clothing**<br><br>Line from *Schedule A/B*: __11__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Chase Checking account**<br><br>Line from *Schedule A/B*: __17.1__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account**<br><br>Line from *Schedule A/B*: __17.2__ | **$850.00** | ☑ **$850.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Cassondra** | **C** | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **Global Lending Services** | Describe the property that secures the claim: | | | |
| Creditor's name | | | | |
| **1200 Brookfield Blvd., #300** | **2016 Dodge Charger (approx. 24,000 miles)** | | | |
| Number     Street | | | | |

|  | Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|---|
| | **$24,000.00** | **$12,350.00** | **$11,650.00** |

_____

| **Greenville** | **SC** | **29607** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

| **$24,000.00** |
|---|

Debtor 1    **Cassondra C House**
Debtor 2    **Larry D House (Non-Filing Spouse)**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**PHH Mortgage**
Creditor's name
**1 Mortgage Way**
Number    Street

_____

**Mt. Laurel**     **NJ**    **08054**
City         State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☒ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**8318 N. 95th Street, Milwaukee, WI 53224**

Column A: **$300,000.00**   Column B: **$155,000.00**   Column C: **$145,000.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Mortgage**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.3**

**Santander**
Creditor's name
**PO BOX 961245**
Number    Street

_____

**FORT WORTH**    **TX**   **76161**
City         State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☒ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2017 Lincoln MKZ (approx. 78,000 miles)**

Column A: **$28,000.00**   Column B: **$19,340.00**   Column C: **$8,660.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Auto**

**Last 4 digits of account number** ___ ___ ___ ___

**Debtor is not on the title or loan for the vehicle.**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$328,000.00**

Case 19-25162-bhl    Doc 1    Filed 05/23/19    Page 22 of 74

Debtor 1 **Cassondra C House**
Debtor 2 **Larry D House (Non-Filing Spouse)**

Case number (if known) _____

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.4 | | Describe the property that secures the claim: | $18,000.00 | $12,000.00 | $6,000.00 |
|---|---|---|---|---|---|

**Santander**
Creditor's name
**PO BOX 961245**
Number     Street

_____

**FORT WORTH     TX     76161**
City                    State     ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2007 Cadillac Escalade (approx. 120,000 miles)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Auto**

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

| $18,000.00 |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $370,000.00 |
|---|

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 3

Debtor 1     **Cassondra C House**

Debtor 2     **Larry D House (Non-Filing Spouse)**          Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1

**Global Lending Servives**
Name

**PO Box 10437**
Number        Street



**Greenville**            **SC**    **29603**
City                      State  ZIP Code

On which line in Part 1 did you enter the creditor?      2.1

Last 4 digits of account number      ___ ___ ___ ___

2

**PHH Mortgage**
Name

**1 Mortgage Way**
Number        Street



**Mt. Laurel**            **NJ**    **08054**
City                      State  ZIP Code

On which line in Part 1 did you enter the creditor?      2.2

Last 4 digits of account number      ___ ___ ___ ___

Case 19-29162-bhl     Doc 1     Filed 09/23/19     Page 24 of 74

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cassondra** | **C** | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

    **Person or company with whom you have the contract or lease**     **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cassondra** | **C** | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   　　☐ No

   　　☑ Yes

   In which community state or territory did you live? **Wisconsin** Fill in the name and current address of that person.

   **Cassondra C House**
   Name of your spouse, former spouse, or legal equivalent
   **427 Century Oak Drive**
   Number　　Street

   | | | |
   |---|---|---|
   | **Waukesha** | **WI** | **53188** |
   | City | State | ZIP Code |

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**　　　　　　　　　　　　　　*Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **House, Larry D** |
   |---|---|
   | | Name |

   **8318 N. 95th Street**
   Number　　Street

   ☐ Schedule D, line _____

   ☑ Schedule E/F, line **4.1**

   ☐ Schedule G, line _____

   | | | |
   |---|---|---|
   | **Milwaukee** | **WI** | **53224** |
   | City | State | ZIP Code |

   **Aaron Sales**

██████        **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **House, Larry D** |
|---|---|

Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**          **WI**      **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.2**
☐ Schedule G, line _____
**AES**

| 3.3 | **House, Larry D** |
|---|---|

Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**          **WI**      **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.3**
☐ Schedule G, line _____
**Afni**

| 3.4 | **House, Larry D** |
|---|---|

Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**          **WI**      **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.4**
☐ Schedule G, line _____
**American First Finance**

| 3.5 | **House, Larry D** |
|---|---|

Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**          **WI**      **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.5**
☐ Schedule G, line _____
**American General Financial/Springleaf**

| 3.6 | **House, Larry D** |
|---|---|

Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**          **WI**      **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.6**
☐ Schedule G, line _____
**Americollect**

| 3.7 | **House, Larry D** |
|---|---|

Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**          **WI**      **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.1**
☐ Schedule G, line _____
**BP Peterman**

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 27 of 74

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.8**

**House, Larry D**
Name
**8318 N. 95th Street**
Number     Street

**Milwaukee**          **WI**     **53224**
City                  State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.7**
☐ Schedule G, line _____
**Brazos Higher Education**

---

**3.9**

**House, Larry D**
Name
**8318 N. 95th Street**
Number     Street

**Milwaukee**          **WI**     **53224**
City                  State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.8**
☐ Schedule G, line _____
**Capital One**

---

**3.10**

**House, Larry D**
Name
**8318 N. 95th Street**
Number     Street

**Milwaukee**          **WI**     **53224**
City                  State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.9**
☐ Schedule G, line _____
**Capital One**

---

**3.11**

**House, Larry D**
Name
**8318 N. 95th Street**
Number     Street

**Milwaukee**          **WI**     **53224**
City                  State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.10**
☐ Schedule G, line _____
**Cash For Whatever**

---

**3.12**

**House, Larry D**
Name
**8318 N. 95th Street**
Number     Street

**Milwaukee**          **WI**     **53224**
City                  State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.11**
☐ Schedule G, line _____
**Cash Store**

---

**3.13**

**House, Larry D**
Name
**8318 N. 95th Street**
Number     Street

**Milwaukee**          **WI**     **53224**
City                  State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line     **4.12**
☐ Schedule G, line _____
**Central Credit Services**

---

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.14**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.13**
☐ Schedule G, line _____
**Chase**

**3.15**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.14**
☐ Schedule G, line _____
**Citi**

**3.16**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.15**
☐ Schedule G, line _____
**City of Milwaukee**

**3.17**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**Clearline Loans**

**3.18**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G, line _____
**Codilis, Moody, and Circelli PC**

**3.19**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.18**
☐ Schedule G, line _____
**Credit Control**

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 29 of 74

███████   **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.20 | **House, Larry D** | | |
|------|--------------------|---|---|
| | Name | | |
| | **8318 N. 95th Street** | | |
| | Number      Street | | |
| | | | |
| | **Milwaukee** | **WI** | **53224** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.19**
☐ Schedule G, line _____
**Credit Management LP**

| 3.21 | **House, Larry D** | | |
|------|--------------------|---|---|
| | Name | | |
| | **8318 N. 95th Street** | | |
| | Number      Street | | |
| | | | |
| | **Milwaukee** | **WI** | **53224** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.20**
☐ Schedule G, line _____
**Dairyland Auto**

| 3.22 | **House, Larry D** | | |
|------|--------------------|---|---|
| | Name | | |
| | **8318 N. 95th Street** | | |
| | Number      Street | | |
| | | | |
| | **Milwaukee** | **WI** | **53224** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.21**
☐ Schedule G, line _____
**David J. Axelrod and Associates**

| 3.23 | **House, Larry D** | | |
|------|--------------------|---|---|
| | Name | | |
| | **8318 N. 95th Street** | | |
| | Number      Street | | |
| | | | |
| | **Milwaukee** | **WI** | **53224** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.22**
☐ Schedule G, line _____
**Discover**

| 3.24 | **House, Larry D** | | |
|------|--------------------|---|---|
| | Name | | |
| | **8318 N. 95th Street** | | |
| | Number      Street | | |
| | | | |
| | **Milwaukee** | **WI** | **53224** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.23**
☐ Schedule G, line _____
**Eagle Collection Corp**

| 3.25 | **House, Larry D** | | |
|------|--------------------|---|---|
| | Name | | |
| | **8318 N. 95th Street** | | |
| | Number      Street | | |
| | | | |
| | **Milwaukee** | **WI** | **53224** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.24**
☐ Schedule G, line _____
**Exeter Finance**

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 30 of 74

██████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.26 | **House, Larry D** |
|------|---------------------|

Name

**8318 N. 95th Street**
Number        Street

_____

**Milwaukee**              **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.25**
☐ Schedule G, line _____
**Falls Collection**

| 3.27 | **House, Larry D** |
|------|---------------------|

Name

**8318 N. 95th Street**
Number        Street

_____

**Milwaukee**              **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.26**
☐ Schedule G, line _____
**Fingerhut**

| 3.28 | **House, Larry D** |
|------|---------------------|

Name

**8318 N. 95th Street**
Number        Street

_____

**Milwaukee**              **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.27**
☐ Schedule G, line _____
**First Premier Bank**

| 3.29 | **House, Larry D** |
|------|---------------------|

Name

**8318 N. 95th Street**
Number        Street

_____

**Milwaukee**              **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.28**
☐ Schedule G, line _____
**Firstar/glhe**

| 3.30 | **House, Larry D** |
|------|---------------------|

Name

**8318 N. 95th Street**
Number        Street

_____

**Milwaukee**              **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.29**
☐ Schedule G, line _____
**Get It Now**

| 3.31 | **House, Larry D** |
|------|---------------------|

Name

**8318 N. 95th Street**
Number        Street

_____

**Milwaukee**              **WI**        **53224**
City                        State        ZIP Code

☑ Schedule D, line    **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Global Lending Services**

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**                                          *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.32**   **House, Larry D**
           Name
           **8318 N. 95th Street**
           Number        Street

           **Milwaukee**              **WI**        **53224**
           City                       State         ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line     **1**
- [ ] Schedule G, line _____

**Global Lending Servives**

**3.33**   **House, Larry D**
           Name
           **8318 N. 95th Street**
           Number        Street

           **Milwaukee**              **WI**        **53224**
           City                       State         ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line     **4.30**
- [ ] Schedule G, line _____

**IC System**

**3.34**   **House, Larry D**
           Name
           **8318 N. 95th Street**
           Number        Street

           **Milwaukee**              **WI**        **53224**
           City                       State         ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line     **5.2**
- [ ] Schedule G, line _____

**Indy Mac Federal Bank**

**3.35**   **House, Larry D**
           Name
           **8318 N. 95th Street**
           Number        Street

           **Milwaukee**              **WI**        **53224**
           City                       State         ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line     **2.1**
- [ ] Schedule G, line _____

**IRS**

**3.36**   **House, Larry D**
           Name
           **8318 N. 95th Street**
           Number        Street

           **Milwaukee**              **WI**        **53224**
           City                       State         ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line     **4.31**
- [ ] Schedule G, line _____

**Jefferson Capital System**

**3.37**   **House, Larry D**
           Name
           **8318 N. 95th Street**
           Number        Street

           **Milwaukee**              **WI**        **53224**
           City                       State         ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line     **4.32**
- [ ] Schedule G, line _____

**Jefferson Capital System**

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 32 of 74

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.38**   **House, Larry D**
Name
**8318 N. 95th Street**
Number      Street

**Milwaukee**                **WI**        **53224**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.33**
☐ Schedule G, line _____
**Jennifer Hunter-Burris**

**3.39**   **House, Larry D**
Name
**8318 N. 95th Street**
Number      Street

**Milwaukee**                **WI**        **53224**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.34**
☐ Schedule G, line _____
**Med Business Bureau**

**3.40**   **House, Larry D**
Name
**8318 N. 95th Street**
Number      Street

**Milwaukee**                **WI**        **53224**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.35**
☐ Schedule G, line _____
**Money Key**

**3.41**   **House, Larry D**
Name
**8318 N. 95th Street**
Number      Street

**Milwaukee**                **WI**        **53224**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.36**
☐ Schedule G, line _____
**NelNet/US Dept of Education**

**3.42**   **House, Larry D**
Name
**8318 N. 95th Street**
Number      Street

**Milwaukee**                **WI**        **53224**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.37**
☐ Schedule G, line _____
**Nickolai and Poletti**

**3.43**   **House, Larry D**
Name
**8318 N. 95th Street**
Number      Street

**Milwaukee**                **WI**        **53224**
City                         State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.38**
☐ Schedule G, line _____
**One West Bank**

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 33 of 74

███████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.44 | **House, Larry D** |
|---|---|
| | Name |

**8318 N. 95th Street**
Number       Street

_____

**Milwaukee**          **WI**        **53224**
City                    State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.39**
☐ Schedule G, line _____
**Opensky**

| 3.45 | **House, Larry D** |
|---|---|
| | Name |

**8318 N. 95th Street**
Number       Street

_____

**Milwaukee**          **WI**        **53224**
City                    State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.40**
☐ Schedule G, line _____
**Pan Am Collections**

| 3.46 | **House, Larry D** |
|---|---|
| | Name |

**8318 N. 95th Street**
Number       Street

_____

**Milwaukee**          **WI**        **53224**
City                    State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.41**
☐ Schedule G, line _____
**Payday Loan Store**

| 3.47 | **House, Larry D** |
|---|---|
| | Name |

**8318 N. 95th Street**
Number       Street

_____

**Milwaukee**          **WI**        **53224**
City                    State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.42**
☐ Schedule G, line _____
**Payday Loan Store**

| 3.48 | **House, Larry D** |
|---|---|
| | Name |

**8318 N. 95th Street**
Number       Street

_____

**Milwaukee**          **WI**        **53224**
City                    State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.43**
☐ Schedule G, line _____
**Peoples Gas**

| 3.49 | **House, Larry D** |
|---|---|
| | Name |

**8318 N. 95th Street**
Number       Street

_____

**Milwaukee**          **WI**        **53224**
City                    State         ZIP Code

☑ Schedule D, line  **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**PHH Mortgage**

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.50**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **2**
☐ Schedule G, line _____
**PHH Mortgage**

---

**3.51**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.44**
☐ Schedule G, line _____
**PNC Bank**

---

**3.52**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.45**
☐ Schedule G, line _____
**Portfolio Recovery**

---

**3.53**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **5.3**
☐ Schedule G, line _____
**Robert J Adams and Associates**

---

**3.54**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.46**
☐ Schedule G, line _____
**Rosebud Economic Dev**

---

**3.55**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                State        ZIP Code

☑ Schedule D, line    **2.3**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Santander**

---

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 35 of 74

███ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.56 | **House, Larry D** |
|------|--------------------|
|      | Name |
|      | **8318 N. 95th Street** |
|      | Number     Street |
|      |  |
|      | **Milwaukee**      **WI**      **53224** |
|      | City      State      ZIP Code |

☑ Schedule D, line    **2.4**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Santander**

| 3.57 | **House, Larry D** |
|------|--------------------|
|      | Name |
|      | **8318 N. 95th Street** |
|      | Number     Street |
|      |  |
|      | **Milwaukee**      **WI**      **53224** |
|      | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.47**
☐ Schedule G, line _____
**Source Receivable Management**

| 3.58 | **House, Larry D** |
|------|--------------------|
|      | Name |
|      | **8318 N. 95th Street** |
|      | Number     Street |
|      |  |
|      | **Milwaukee**      **WI**      **53224** |
|      | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.48**
☐ Schedule G, line _____
**Source Receivable Management**

| 3.59 | **House, Larry D** |
|------|--------------------|
|      | Name |
|      | **8318 N. 95th Street** |
|      | Number     Street |
|      |  |
|      | **Milwaukee**      **WI**      **53224** |
|      | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.49**
☐ Schedule G, line _____
**Springleaf Financial**

| 3.60 | **House, Larry D** |
|------|--------------------|
|      | Name |
|      | **8318 N. 95th Street** |
|      | Number     Street |
|      |  |
|      | **Milwaukee**      **WI**      **53224** |
|      | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.50**
☐ Schedule G, line _____
**Sprint**

| 3.61 | **House, Larry D** |
|------|--------------------|
|      | Name |
|      | **8318 N. 95th Street** |
|      | Number     Street |
|      |  |
|      | **Milwaukee**      **WI**      **53224** |
|      | City      State      ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.51**
☐ Schedule G, line _____
**State Collection Service**

██████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.62 | **House, Larry D** |
|---|---|
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.52**

☐ Schedule G, line _____

**State Collection Service**

---

| 3.63 | **House, Larry D** |
|---|---|
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.53**

☐ Schedule G, line _____

**State Collection Service**

---

| 3.64 | **House, Larry D** |
|---|---|
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.54**

☐ Schedule G, line _____

**State Collection Service**

---

| 3.65 | **House, Larry D** |
|---|---|
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.55**

☐ Schedule G, line _____

**State Collection Service**

---

| 3.66 | **House, Larry D** |
|---|---|
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.56**

☐ Schedule G, line _____

**State of Wisconsin DWD**

---

| 3.67 | **House, Larry D** |
|---|---|
Name

**8318 N. 95th Street**
Number    Street

_____

**Milwaukee**      **WI**      **53224**
City      State      ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line   **4.57**

☐ Schedule G, line _____

**Summit Account Resolution**

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.68**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.58**
☐ Schedule G, line _____
**TCF Bank**

**3.69**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **2.2**
☐ Schedule G, line _____
**The Law Offices of Gregory T. Ryan, LLC**

**3.70**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.59**
☐ Schedule G, line _____
**University of Phoenix**

**3.71**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.60**
☐ Schedule G, line _____
**US Bank**

**3.72**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.61**
☐ Schedule G, line _____
**US Bank**

**3.73**

**House, Larry D**
Name
**8318 N. 95th Street**
Number        Street
_____

**Milwaukee**            **WI**        **53224**
City                        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.62**
☐ Schedule G, line _____
**US DEPT OF EDUCATION**

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.74**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

**Milwaukee**    **WI**    **53224**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.63**
☐ Schedule G, line _____
**US DOE/GLELSI**

---

**3.75**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

**Milwaukee**    **WI**    **53224**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.64**
☐ Schedule G, line _____
**Verizon Wireless**

---

**3.76**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

**Milwaukee**    **WI**    **53224**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.65**
☐ Schedule G, line _____
**WE Energies**

---

**3.77**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

**Milwaukee**    **WI**    **53224**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.66**
☐ Schedule G, line _____
**WI Cons Cred**

---

**3.78**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

**Milwaukee**    **WI**    **53224**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **2.3**
☐ Schedule G, line _____
**Wisconsin Department of Revenue**

---

**3.79**

**House, Larry D**
Name

**8318 N. 95th Street**
Number    Street

**Milwaukee**    **WI**    **53224**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.67**
☐ Schedule G, line _____
**Wisconsin Department of Transportation**

---

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 39 of 74

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cassondra** | **C** | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** | | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | Insurance | |
| **Employer's name** | | Powerhouse Insurance | |
| **Employer's address** | | | |
| | | Number  Street | Number  Street |
| | | | |
| | | | |
| | | City  State  Zip Code | City  State  Zip Code |
| **How long employed there?** | | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 40 of 74

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................... → 4. | $0.00 | $0.00 |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** Tax, Medicare, and Social Security deductions  5a. | $0.00 | $0.00 |
| | **5b.** Mandatory contributions for retirement plans  5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans  5c. | $0.00 | $0.00 |
| | **5d.** Required repayments of retirement fund loans  5d. | $0.00 | $0.00 |
| | **5e.** Insurance  5e. | $0.00 | $0.00 |
| | **5f.** Domestic support obligations  5f. | $0.00 | $0.00 |
| | **5g.** Union dues  5g. | $0.00 | $0.00 |
| | **5h.** Other deductions.<br>Specify: _____  5h. **+** | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6. | $0.00 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.  7. | $0.00 | $0.00 |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm  8a. | $4,364.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** Interest and dividends  8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive  8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** Unemployment compensation  8d. | $0.00 | $0.00 |
| | **8e.** Social Security  8e. | $0.00 | $0.00 |
| | **8f.** Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____  8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income  8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income.<br>Specify: **Pro Rated Tax Refunds**  8h. **+** | $730.50 | $0.00 |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9. | $5,094.50 | $0.00 |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.  10.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $5,094.50 **+** | $0.00 **=** $5,094.50 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. **+**   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.  12.   $5,094.50   **Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   **Debtor is in the process of seeking employment. Debtor's sole income is from his spouse's self employment and unemployment compensation**

8a.  Attached Statement (Debtor 1)

## Income

**Gross Monthly Income:**                                                           $4,364.00

<u>Expense</u>                                      <u>Category</u>                          <u>Amount</u>

**Total Monthly Expenses**                                                          $0.00

**Net Monthly Income:**                                                             $4,364.00

**Fill in this information to identify your case:**

| Debtor 1 | **Cassondra** | **C** | **House** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☐ No

   ☑ Yes. Fill out this information
   for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daugher** | **9** | ☐ No   ☑ Yes |
| **Daughter** | **2** | ☐ No   ☑ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.

   4. _____ $1,769.00

   If not included in line 4:

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b. _____

   4c. Home maintenance, repair, and upkeep expenses    4c. _____ $25.00

   4d. Homeowner's association or condominium dues    4d. _____

| Debtor 1 | **Cassondra C House** | |
|---|---|---|
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | Case number (if known) |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$200.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$40.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$150.00** |
| | 6d. Other. Specify: | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$50.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | **$131.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.    Mortgages on other property                                      20a.    _____

   20b.    Real estate taxes                                                20b.    _____

   20c.    Property, homeowner's, or renter's insurance                     20c.    _____

   20d.    Maintenance, repair, and upkeep expenses                         20d.    _____

   20e.    Homeowner's association or condominium dues                      20e.    _____

21. **Other.** Specify: _____            21.    + _____

22. **Calculate your monthly expenses.**

   22a.    Add lines 4 through 21.                                          22a.    |    $3,365.00 |

   22b.    Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.    _____

   22c.    Add line 22a and 22b.  The result is your monthly expenses.      22c.    |    $3,365.00 |

23. **Calculate your monthly net income.**

   23a.    Copy line 12 (your combined monthly income) from Schedule I.     23a.    _____ $5,094.50

   23b.    Copy your monthly expenses from line 22c above.                  23b.    − _____ $3,365.00

   23c.    Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.                          23c.    _____ $1,729.50

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.

   ☐ Yes.   Explain here:
            **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cassondra** | **C** | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | **$155,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | **$49,140.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | **$204,140.00** |

## Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$370,000.00** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$32,705.77** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$36,840.00** |
| | **Your total liabilities** | **$439,545.77** |

## Part 3:    Summarize Your Income and Expenses

|  |  | |
|---|---|---|
| **4.** | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.............................................................. | **$5,094.50** |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................... | **$3,365.00** |

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   | **$4,012.59** |

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a.  Domestic support obligations. (Copy line 6a.) _____  **$0.00**

   9b.  Taxes and certain other debts you owe the government. (Copy line 6b.) _____  **$28,505.77**

   9c.  Claims for death or personal injury while you were intoxicated. (Copy line 6c.) _____  **$0.00**

   9d.  Student loans. (Copy line 6f.) _____  **$0.00**

   9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) _____  **$0.00**

   9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) **+** _____  **$0.00**

   9g.  **Total.** Add lines 9a through 9f. | **$28,505.77** |

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 47 of 74

**Fill in this information to identify your case:**

| Debtor 1 | **Cassondra** | **C** | **House** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Cassondra C House** _____          X _____
Cassondra C House, Debtor 1                              Signature of Debtor 2

Date **09/20/2019** _____                    Date _____
MM / DD / YYYY                                                MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cassondra** | **C** | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$28,442.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br><sub>YYYY</sub> | ☒ Wages, commissions, bonuses, tips | **$21,629.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br><sub>YYYY</sub> | ☒ Wages, commissions, bonuses, tips | **$52,771.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6.**    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

     ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

         During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

         ☐ No. Go to line 7.

         ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

         * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

     ☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

         During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

         ☑ No. Go to line 7.

         ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7.**    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

     ☑ No

     ☐ Yes. List all payments to an insider.

**8.**    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

     Include payments on debts guaranteed or cosigned by an insider.

     ☑ No

     ☐ Yes. List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9.**    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

     ☑ No

     ☐ Yes. Fill in the details.

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

   ☐ No

   ☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Law Offices of Gregory T. Ryan, LLC** <br> Person Who Was Paid | $600 attorney fee | | |
| **631 N. Mayfair Road** <br> Number     Street | | 2/2019 | $600.00 |
| | | | |
| **Wauwatosa**          **WI**    **53226** <br> City                State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

   Do not include any payment or transfer that you listed on line 16.

   ☒ No

   ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

   Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☒ No

   ☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

   ☒ No

   ☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☑ No
    ☐ Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes. Fill in the details.

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes. Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No

☐ Yes.  Fill in the details.

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.

☑ Yes.  Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Powerhouse Insurance** | **Insurance Business** | Do not include Social Security number or ITIN. |
| Business Name | | |
| **8318 N. 95th Street** | Name of accountant or bookkeeper | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number    Street | | |
| _____ | | Dates business existed |
| | | |
| **Milwaukee**      **WI**   **53224** | | From _____  To _____ |
| City            State   ZIP Code | | |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes.  Fill in the details below.

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Cassondra C House**                                  X  _____

Cassondra C House, Debtor 1                                   Signature of Debtor 2

Date   **09/20/2019**                                          Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |       |                      |
|---|-------|----------------------|
|   | $245  | filing fee           |
|   | $75   | administrative fee   |
| + | $15   | trustee surcharge    |
|   | $335  | total fee            |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

In re **Cassondra C House**          Case No. _____
**Larry D House (Non-Filing Spouse)**

Chapter    **13**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................    **$4,300.00**

Prior to the filing of this statement I have received...........................................    **$300.00**

Balance Due...........................................................................................................    **$4,000.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/20/2019** | **/s/ Gregory T. Ryan** |
| *Date* | *Gregory T. Ryan*        Bar No.  1066888 |
| | The Law Offices of Gregory T. Ryan, LLC |
| | 631 N. Mayfair Road |
| | Wauwatosa, WI 53226 |
| | Phone: (414) 815-9000 / Fax: (414) 755-7319 |

---

**/s/ Cassondra C House**

*Cassondra C House*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

IN RE:  **Cassondra C House**                                              CASE NO
**Larry D House (Non-Filing Spouse)**

CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/20/2019 _____          Signature   _/s/ Cassondra C House_ _____
                                                                                                                                *Cassondra C House*

Date  _____                          Signature  _____

Aaron Sales
400 Galleria Parkway SE, Suite 300
Atlanta, GA 30339


AES
PO BOX 61047
HARRISBURG, PA 17106


Afni
PO Box 3097
Bloomington, IL 61702


American First Finance
PO Box 565848
Dallas, TX 75356


American General Financial/Springleaf
4869 S. 27th Street
Greenfield, WI 53221


Americollect
1851 S. Alverno Road
Manitowoc, WI 54221


BP Peterman
165 Bishops Way, Suite 100
Brookfield, WI 53005


Brazos Higher Education
PO Box 61047
Harrisburg, PA 17106


Capital One
15000 Capital One Drive
Richmond, VA 23238

Capital One
PO Box 30281
Salt Lake City, UT 84130


Cash For Whatever
6160 N Cicero
Chicago IL 60646


Cash Store
1180 W Sunset Drive, #100
Waukesha, WI 53189


Central Credit Services
9550 Regency Square Blvd
Jacksonville, FL 32225


Chase
270 Park Avenue
New York, NY 10017


Citi
PO Box 6190
Sioux Falls, SD 57117


City of Milwaukee
Violations Bureau
PO Box 346
Milwaukee, WI 53201


Clearline Loans
2520 St. Rose Parkway, Suite 111
Henderson, NV 89704


Codilis, Moody, and Circelli PC
10437 W Innovation Dr Ste 253
Milwaukee, WI 53226

Credit Control
PO Box 31179
Tampa, FL 33631


Credit Management LP
4200 International Parkway
Carrollton, TX 75007


Dairyland Auto
PO Box 8047
Stevens Point, WI 54481


David J. Axelrod and Associates
1448 Old Skokie Road
Highland Park, IL 60035


Discover
PO Box 15316
Wilmington, DE 19850


Eagle Collection Corp
749 W. Wisconsin Avenue
Pewaukee, WI 53072


Exeter Finance
PO Box 166097
Irving, TX 75016


Falls Collection
PO Box 668
Germantown, WI 53022


Fingerhut
6250 Ridgewood Road
St. Cloud, MN 56303

First Premier Bank
601 South Minnesota Ave
Sioux Falls, SD 57104


Firstar/glhe
2401 International Lane
Madison, WI 53704


Get It Now
5501 HEADQUARTERS DR
PLANO, TX 75024


Global Lending Services
1200 Brookfield Blvd., #300
Greenville, SC 29607


Global Lending Servives
PO Box 10437
Greenville, SC 29603


IC System
PO Box 64378
Saint Paul, MN 55164


Indy Mac Federal Bank
7700 W Parmer Ln Bldg D
Austin, TX 78729


IRS
211 W. Wisconsin Avenue
Milwaukee, WI 53203


IRS
211 W. Wisconsin Avenue
Milwaukee, WI 53202

Jefferson Capital System
16 Mcleland Road
Saint Cloud, MN 56303


Jennifer Hunter-Burris
8055 N 65th St
Brown Deer, WI 53223


Larry D House
8318 N. 95th Street
Milwaukee, WI 53224


Med Business Bureau
1460 Renaissance Dr
Park Ridge, IL 60068


Money Key
3422 Old Capitol Trail, Suite 1613
Wilmington, DE 19808


NelNet/US Dept of Education
PO Box 740283
Atlanta, GA 30374


Nickolai and Poletti
152 E. State St
Burlington, WI 53105


One West Bank
PO Box 829009
Dallas, TX 75382


Opensky
PO Box 9224
Old Bethpage, NY 11804

Pan Am Collections
PO Box 5528
BLOOMINGTON, IL 61702


Payday Loan Store
5502 W Center St
Milwaukee, WI 53210


Payday Loan Store
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas, TX 75380


Peoples Gas
PO Box 19100
Green Bay, WI 54307


PHH Mortgage
1 Mortgage Way
Mt. Laurel, NJ 08054


PNC Bank
3232 Newmark Drive
Miamisburg,  OH  45342


Portfolio Recovery
120 Corporate BV 100
Norfolk, VA 23502


Robert J Adams and Associates
111 N. County Street
Waukegan, IL 60085


Rosebud Economic Dev
d/b/a  My Quick Wallet
PO Box 1146
Mission, SD 57555

Santander
PO BOX 961245
FORT WORTH, TX 76161


Source Receivable Management
4015 Dunbar Dr, Ste 102
Greenboro, NC 27407


Springleaf Financial
601 NW 2ND ST
EVANSVILLE, IN 47708


Sprint
6200 Sprint Parkway
Overland Park, KS 66251


State Collection Service
2509 S Stoughton Road
Madison, WI 53716


State of Wisconsin DWD
PO Box 8914
Madison, WI 53708


Summit Account Resolution
PO BOX 131
CHAMPLIN, MN 55316


TCF Bank
8690 East Point Douglas Road
South Cottage Grove, MN 55016


The Law Offices of Gregory T. Ryan, LLC
631 N. Mayfair Road
Wauwatosa, WI 53226

University of Phoenix
4615 E. Elwood St, Fl 3
Phoenix, AZ 85040


US Bank
800 Nicollet Mall
Minneapolis, MN 55402


US DEPT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403


US DOE/GLELSI
2401 International Lane
PO Box 7859
Madison, WI 53704


Verizon Wireless
140 West Street
New York, NY 10007


WE Energies
231 W. Michigan St.
Milwaukee, WI 53203


WI Cons Cred
N6652 Esterbrook Rd
Fond du lac, WI 54937


Wisconsin Department of Revenue
819 N. 6th Street, Room 408
Milwaukee, WI 53203


Wisconsin Department of Transportation
4802 Sheboygan Ave.
Madison, WI 53705

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

</td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Cassondra** | **C** | **House** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Larry D House (Non-Filing Spouse)** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number
(if known)  _____

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

- [x] 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).
- [ ] 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).
- [x] 3. The commitment period is 3 years.
- [ ] 4. The commitment period is 5 years.

- [ ] Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Average Monthly Income

**1. What is your marital and filing status?** Check one only.

- [ ] **Not married.** Fill out Column A, lines 2-11.
- [x] **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $4,012.59 | $0.00 |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     page 1

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 71 of 74

Debtor 1 **Cassondra C House**
Debtor 2 **Larry D House (Non-Filing Spouse)**

Case number (if known) _____

|  | Column A | Column B |
|---|---|---|
|  | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |

**6. Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  | |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 |  |  |  |
| Net monthly income from rental or other real property | $0.00 | $0.00 | **Copy here →** | $0.00 | $0.00 |

**7. Interest, dividends, and royalties**     $0.00     $0.00

**8. Unemployment compensation**     $0.00     $0.00

Do not enter the amount if you contend that the amount received was a
benefit under the Social Security Act. Instead, list it here: ............↓

For you......................................................... $0.00

For your spouse............................................ $0.00

**9. Pension or retirement income.** Do not include any amount received that     $0.00     $0.00
was a benefit under the Social Security Act.

**10. Income from all other sources not listed above.** Specify the source and
amount. Do not include any benefits received under the Social Security Act
or payments received as a victim of a war crime, a crime against humanity,
or international or domestic terrorism. If necessary, list other sources on a
separate page and put the total below.

_____     _____     _____

_____     _____     _____

Total amounts from separate pages, if any.     +  _____  +  _____

**11. Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$4,012.59  +  $0.00  =  **$4,012.59**

**Total average monthly income**

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

**12. Copy your total average monthly income from line 11.** ........................................................... $4,012.59

**13. Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☑ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses
of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other
than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If
necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____     _____

_____     _____

_____  +  _____

Total..................................................................... $0.00  **Copy here →**  − $0.00

**14. Your current monthly income.** Subtract the total in line 13 from line 12.     **$4,012.59**

---

Official Form 122C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     page 2

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ ....................................................................................................... $4,012.59

Multiply line 15a by 12 (the number of months in a year).                    X    12

15b. The result is your current monthly income for the year for this part of the form. ............................ $48,151.08

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.            **Wisconsin**

16b. Fill in the number of people in your household.            **4**

16c. Fill in the median family income for your state and size of household........................................... $99,341.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

---

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

**18. Copy your total average monthly income from line 11.** ....................................................... $4,012.59

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ...........................................  –   $0.00

19b. **Subtract line 19a from line 18.** $4,012.59

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ................................................................................................................ $4,012.59

Multiply by 12 (the number of months in a year).                    X    12

20b. The result is your current monthly income for the year for this part of the form. $48,151.08

20c. Copy the median family income for your state and size of household from line 16c. .................... $99,341.00

**21. How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

Debtor 1   **Cassondra C House**

Debtor 2   **Larry D House (Non-Filing Spouse)**          Case number (if known) _____

---

| **Part 4:** | **Sign Below** |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Cassondra C House**_____          **X** _____

Cassondra C House, Debtor 1                                           Signature of Debtor 2

Date  **9/20/2019**_____                              Date _____

　　　MM / DD / YYYY                                                          MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form.  On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1          **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**          page 4

Case 19-29162-bhl    Doc 1    Filed 09/23/19    Page 74 of 74