UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:     Cassondra House          Chapter: 13

                  Debtors.

                                       Case No: 19-29162-bhl

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

      Cassondra House filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

      **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

      File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

                          Clerk of Bankruptcy Court
                          517 E. Wisconsin Avenue
                               Room 126
                          Milwaukee, WI 53202-4581

      If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

Gregory T. Ryan, #1066888
The Law Offices of Gregory T. Ryan, LLC
631 N. Mayfair Road
Wauwatosa, WI 53226
414-815-9000

1

## REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors

3. The Chapter 13 Plan filed with the Court is amended as follows:

   - Pay Santander Consumer USA's secured claim of $34,838.97 at an interest rate of 6 percent
   - Pay State of Wisconsin Department of Workforce Development's secured claim of $1,335.87 at an interest rate of 9 percent
   - Pay Global Lending Services secured claim of $27,811.04 at an interest rate of 6 percent
   - Pay the Wisconsin Department of Revenue's priority claim of $14,121.44 through debtor's plan
   - Pay the IRS priority claim of $9,318.88 through debtors plan
   - Pay the IRS secured claim of $5,450 through debtors plan at an interest rate of 5 percent
   - Increase debtors plan payments to $1,928.28 per month for 60 months.

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

**CERTIFICATION**

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted ~~February 3, 2018~~.
March 26, 2020

2

_[signature]_

Gregory T. Ryan, #1066888
Attorney for Debtor
The Law Offices of Gregory T. Ryan, LLC
631 N. Mayfair Road
Wauwatosa, WI 53226
414-815-9000
attorneygregryan@gmail.com

United States Bankruptcy Court
Eastern District of Wisconsin

In re:

Cassondra House

Case No. 19-29162-bhl

Chapter 13

Debtor(s).

## CERTIFICATE OF MAILING

The undersigned, an Attorney, does hereby certify that a copy of this **Notice and Request to Amend Chapter 13 Plan** was mailed to the parties listed below, at their respective addresses, properly enclosed in a postage prepaid envelope, by depositing at 631 N. Mayfair Road, Wauwatosa, WI 53226 on ~~November 5, 2019~~ March 26, 2020

Chapter 13 Trustee, Scott Lieske (via ECF noticing)

US Trustee (via ECF noticing)

All Creditors (See attached mailing matrix)

Cassondra House, 8318 N. 95th Street, Milwaukee, WI 53224

By: _____
Gregory T. Ryan #1066888
The Law Offices of Gregory T. Ryan, LLC
631 N. Mayfair Road
Wauwatosa, WI 53226
414-815-9000

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 19-29162-bhl<br>Eastern District of Wisconsin<br>Milwaukee<br>Tue Nov  5 06:49:58 CST 2019 | AES<br>PO BOX 61047<br>HARRISBURG, PA 17106-1047 | Aaron Sales<br>400 Galleria Parkway SE, Suite 300<br>Atlanta, GA 30339-3182 |
| Afni<br>PO Box 3097<br>Bloomington, IL 61702-3097 | American First Finance<br>PO Box 565848<br>Dallas, TX 75356-5848 | American General Financial/Springleaf<br>4869 S. 27th Street<br>Greenfield, WI 53221-2603 |
| (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | BP Peterman<br>165 Bishops Way, Suite 100<br>Brookfield, WI 53005-6215 | BSFC-US BANK<br>C/O ECMC<br>PO BOX 16408<br>ST PAUL, MN 55116-0408 |
| Brazos Higher Education<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | CASH FOR WHATEVER WISCONSIN LLC<br>6160 N CICERO AVENUE<br>FLOOR<br>SUITE 100<br>CHICAGO, IL 60646-4308 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Cash For Whatever<br>6160 N Cicero<br>Chicago IL 60646-4312 |
| Cash Store<br>1180 W Sunset Drive, #100<br>Waukesha, WI 53189-8428 | Central Credit Services<br>9550 Regency Square Blvd<br>Jacksonville, FL 32225-8169 | Chase<br>270 Park Avenue<br>New York, NY 10017-2070 |
| Citi<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 | City of Milwaukee<br>Violations Bureau<br>PO Box 346<br>Milwaukee, WI 53201-0346 | Clearline Loans<br>2520 St. Rose Parkway, Suite 111<br>Henderson, NV 89074-7784 |
| Codilis, Moody, and Circelli PC<br>10437 W Innovation Dr Ste 253<br>Milwaukee, WI 53226-4839 | Credit Control<br>PO Box 31179<br>Tampa, FL 33631-3179 | Credit Management LP<br>4200 International Parkway<br>Carrollton, TX 75007-1912 |
| Dairyland Auto<br>PO Box 8047<br>Stevens Point, WI 54481-8047 | David J. Axelrod and Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035-3041 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Eagle Collection Corp<br>749 W. Wisconsin Avenue<br>Pewaukee, WI 53072-2315 | Exeter Finance<br>PO Box 166097<br>Irving, TX 75016-6097 |

| | | |
|---|---|---|
| Falls Collection<br>PO Box 668<br>Germantown, WI 53022-0668 | Fingerhut<br>6250 Ridgewood Road<br>St. Cloud, MN 56303-0820 | First Premier Bank<br>601 South Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Firstar/glhe<br>2401 International Lane<br>Madison, WI 53704-3121 | Get It Now<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024-5837 | (p)GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 |
| Global Lending Servives<br>PO Box 10437<br>Greenville, SC 29603-0437 | IC System<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Indy Mac Federal Bank<br>7700 W Parmer Ln Bldg D<br>Austin, TX 78729-8101 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jennifer Hunter-Burris<br>8055 N 65th St<br>Brown Deer, WI 53223-3408 |
| Larry D House<br>8318 N. 95th Street<br>Milwaukee, WI 53224-2748 | Med Business Bureau<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1349 | Money Key<br>3422 Old Capitol Trail, Suite 1613<br>Wilmington, DE 19808-6124 |
| NelNet/US Dept of Education<br>PO Box 740283<br>Atlanta, GA 30374-0283 | Nickolai and Poletti<br>152 E. State St<br>Burlington, WI 53105-1940 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |
| One West Bank<br>PO Box 829009<br>Dallas, TX 75382-9009 | Opensky<br>PO Box 9224<br>Old Bethpage, NY 11804-9224 | PHH Mortgage<br>1 Mortgage Way<br>Mt. Laurel, NJ 08054-4624 |
| PNC Bank<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | Pan Am Collections<br>PO Box 5528<br>BLOOMINGTON, IL 61702-5528 | Payday Loan Store<br>5502 W Center St<br>Milwaukee, WI 53210-2319 |
| Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>PO Box 800849<br>Dallas, TX 75380-0849 | Peoples Gas<br>PO Box 19100<br>Green Bay, WI 54307-9100 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Robert J Adams and Associates<br>111 N. County Street<br>Waukegan, IL 60085-4344 | Rosebud Economic Dev<br>d/b/a My Quick Wallet<br>PO Box 1146<br>Mission, SD 57555-1146 | Santander<br>PO BOX 961245<br>FORT WORTH, TX 76161-0244 |

Santander Consumer USA, Inc.
1601 Elm St., Ste. 800
Dallas, TX 75201-7260

Source Receivable Management
4015 Dunbar Dr, Ste 102
Greenboro, NC 27407

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

State Collection Service
2509 S Stoughton Road
Madison, WI 53716-3314

State of Wisconsin DWD
PO Box 8914
Madison, WI 53708-8914

Summit Account Resolution
PO BOX 131
CHAMPLIN, MN 55316-0131

TCF Bank
8690 East Point Douglas Road
South Cottage Grove, MN 55016-4007

The Law Offices of Gregory T. Ryan, LLC
631 N. Mayfair Road
Wauwatosa, WI 53226-4249

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US DEPT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403-5609

US DOE/GLELSI
2401 International Lane
PO Box 7859
Madison, WI 53707-7859

University of Phoenix
4615 E. Elwood St, Fl 3
Phoenix, AZ 85040-1950

Verizon Wireless
140 West Street
New York, NY 10007-2123

WE Energies
231 W. Michigan St.
Milwaukee, WI 53203-2918

WI Cons Cred
N6652 Esterbrook Rd
Fond du lac, WI 54937-8853

We Energies
Attn Bankruptcy Dept. RM A130
333 W Everett St
Milwaukee WI 53203-2803

Wisconsin Department of Revenue
819 N. 6th Street, Room 408
Milwaukee, WI 53203-1606

(c)WISCONSIN DEPARTMENT OF TRANSPORTATION
4822 MADISON YARDS WAY
MADISON WI 53705-9100

Cassondra C House
8318 N. 95th Street
Milwaukee, WI 53224-2748

Gregory T. Ryan
The Law Offices of Gregory T. Ryan, LLC
631 N. Mayfair Road
Wauwatosa, WI 53226-4249

Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203-0161

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect
1851 S. Alverno Road
Manitowoc, WI 54221

Capital One
15000 Capital One Drive
Richmond, VA 23238

Discover
PO Box 15316
Wilmington, DE 19850

Global Lending Services  
1200 Brookfield Blvd., #300  
Greenville, SC 29607

(d)Global Lending Services LLC  
1200 Brookfield Blvd Ste 300  
Greenville, South Carolina 29603

IRS  
211 W. Wisconsin Avenue  
Milwaukee, WI 53202

(d)IRS  
211 W. Wisconsin Avenue  
Milwaukee, WI 53203

Jefferson Capital System  
16 Mcleland Road  
Saint Cloud, MN 56303

Portfolio Recovery  
120 Corporate BV 100  
Norfolk, VA 23502

Springleaf Financial  
601 NW 2ND ST  
EVANSVILLE, IN 47708

Sprint  
6200 Sprint Parkway  
Overland Park, KS 66251

US Bank  
800 Nicollet Mall  
Minneapolis, MN 55402

Addresses marked (c) above for the following entity/entities were corrected  
as required by the USPS Locatable Address Conversion System (LACS).

Wisconsin Department of Transportation  
4802 Sheboygan Ave.  
Madison, WI 53705

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, As T  
c/o Codilis, Moody & Circelli, P.C.  
15W030 North Frontage Road, Suite 200  
Burr Ridge60527

(u)Larry D. House

End of Label Matrix  
Mailable recipients    82  
Bypassed recipients     2  
Total                  84